**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Harold Earl Wilson v. Deutsche Bank Trust Company Americas
                                     formerly known as Banker's Trust Company, as Trustee and Custodian
                                     for IXIS 2006-HE2

Appellate case number:   01-12-00284-CV

Trial court case number:  2007-71999A

Trial court:                       133rd District Court of Harris County

The clerk's record was due in this case on March 29, 2012. *See* TEX. R. APP. P. 35.1. On September 26, 2012, the Clerk of this Court provided notice to the Harris County District Clerk that the clerk's record was late and provided the district clerk with a deadline of October 26, 2012 for filing the clerk's record, requesting an extension of time, or providing a reason why the district clerk was not obligated to file the clerk's record. The Harris County District Clerk wholly failed to respond to said notice.

Therefore, pursuant to Texas Rule of Appellate Procedure 37.3(a)(1), the district clerk is ordered to either (1) file the clerk's record or (2) notify this Court if the party responsible for paying for the preparation of the clerk's record is not entitled to appeal without paying the clerk's fee, *i.e.*, is not indigent, and has not paid, or made satisfactory arrangements to pay, the clerk's fee. *See* TEX. R. APP. P. 35.3(a), 37.3(a)(1). If the trial court has sustained by written order a contest to a party's affidavit of indigence, please prepare, certify, and file with the clerk of this Court a clerk's record containing the affidavit of indigence, the contest, and the written order sustaining the contest. *See* TEX. R. APP. P. 20.1.

The clerk's record or notice of appellant's failure to make satisfactory payment arrangements shall be filed in the First Court of Appeals within 10 days of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Justice Brown
                                 ☐ Acting individually     ☐ Acting for the Court

Date: November 16, 2012